Ketia B. Wick
Michelle L. Hyer
Fain Anderson VanDerhoef Rosendahl
O'Halloran Spillane PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
Phone: (206) 749-0094

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HAROLD LANG, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF CORRECTIONS; MARQUETTA WASHINGTON; KENNETH SAWYER; PATRICIA ROBERTSON; DOES I-X,<br><br>　　　　　　　Defendants. | NO. 2:21-cv-00795-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT PATRICIA ROBERTSON, NP |

## STIPULATION

Plaintiff Harold Lang ("Plaintiff") and Defendant Patricia Robertson, NP, hereby stipulate that all of Plaintiff's claims against Defendant **Patricia Robertson** in the above-captioned matter and shall be dismissed without prejudice and without costs to any party, and the Order of Dismissal can be entered without notice of presentation.

//

//

//

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PATRICIA ROBERTSON, NP - 1

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  •  f. 206-749-0194

DATED this 27th day of February, 2022.

SO STIPULATED:                                  SO STIPULATED:

By:_____                      By: /s/Michelle L. Hyer
Darryl Parker, WSBA #35624                      Ketia B. Wick, WSBA #27219
Counsel for Plaintiff                           Michelle L. Hyer, WSBA #32724
Civil Rights Justice Center, PLLC               FAVROS LAW, PLLC
2150 North 107th Street, Suite 520              701 5th Ave., Suite 4750
Seattle, WA 98133                               Seattle, WA 98104
Email: Dparker@civilrightsjusticecenter.com     Ph: 206.749.0094
                                                Email: ketia@favros.com
                                                michelleh@favros.com

By: /s/ Scott M. Barbara
Scott M. Barbara, WSBA #20885
Assistant Attorney General, Counsel for
Department of Corrections and Defendant Sawyer
800 5th Ave, Suite 2000
Seattle, WA 98104
Email: Scott.Barbara@atg.wa.gov

By: /s/ Heidi L. Mandt
Heidi L. Mandt, WSBA #26880
Counsel for Defendant Marquetta Washington
2150 North 107th Street, Suite 520
Portland, OR 97201
Email: hmandt@williamskastner.com

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PATRICIA ROBERTSON, NP - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094 • f. 206-749-0194

# ORDER

Based on the foregoing Stipulation, it is here ORDERED that all claims of Plaintiff against **Defendant Patricia Robertson, NP**, in the above-captioned matter are hereby dismissed without prejudice and without costs to any party.

DATED this 4th day of February 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER OF DISMISSAL OF
DEFENDANT PATRICIA ROBERTSON, NP - 3

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF System. The NEF for the foregoing specifically identifies recipients of electronic notice.

| | |
|---|---|
| **Counsel for Plaintiff**<br>Darryl Parker, WSBA #35624<br>Civil Rights Justice Center, PLLC<br>2150 North 107th Street, Suite 520<br>Seattle, WA 98133<br>Email: Dparker@civilrightsjusticecenter.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| **Counsel for Defendant Marquetta Washington**<br>Heidi L. Mandt, WSBA #26880<br>1515 SW Fifth Avenue, Suite 600<br>Portland, OR 97201<br>hmandt@williamskastner.com | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |
| **Counsel for Defendants Kenneth Sawyer, State of Washington and Washington Department of Corrections**<br>Scott M. Barbara, WSBA #20885<br>OID #91019<br>Assistant Attorney General<br>800 5th Avenue, Suite 2000<br>Seattle, WA 98104<br>Scott.Barbara@atg.wa.gov | ☐ Regular U.S. Mail<br>☐ Facsimile<br>☐ ABC Legal Messenger<br>☒ E-mail/ ECF |

Signed at Seattle, Washington, this 27th day of January, 2022.

/s/*Kenya Owens*
Kenya Owens, Legal Assistant

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT PATRICIA ROBERTSON, NP - 4

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194