THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD LANG, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Defendants. | No. 2:21-cv-00795-BJR <br><br> STIPULATED MOTION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and request that the Court extend all current pretrial deadlines by 45 days. Extension is necessary for the parties to seek evidence and schedule depositions that were delayed due to scheduling conflicts among all parties. Furthermore, due to the appearance of new counsel for the individual DOC defendants, there is more difficulty in coordinating the schedules of all attorneys thus extended time would allow for a more thorough and organized discovery phase. All parties have good cause for these extensions.

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRETRIAL SCHEDULING ORDER
No. 2:21-cv-00795-BJR

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

DATED this 3rd day of February, 2022.

| ATTORNEY GENERAL OF WASHINGTON | CIVIL RIGHTS JUSTICE CENTER, PLLC |
|---|---|
| */s/ Scott M. Barbara* | */s/ Darryl Parker* |
| **Scott M. Barbara**, WSBA #20885 | **Darryl Parker**, WSBA #30770 |
| Attorney for Defendant Kenneth Sawyer | Attorney for Plaintiff |

WILLIAMS KASTNER

*/s/ Heidi L. Mandt*
**Heidi L. Mandt**, WSBA #26880
Attorney for Defendant Marquetta Washington

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRETRIAL SCHEDULING ORDER
No. 2:21-cv-00795-BJR

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# ORDER

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

1. Expert Witness Disclosures shall be completed by **April 8, 2022**.

2. Discovery shall be completed by **May 6, 2022**. Services of responses to interrogatories, requests for production, and requests for admissions, and the takings of depositions, shall be completed by this date. The serving party must serve discovery requests at least thirty days before the deadline in order to allow the other party time to answer.

3. Dispositive motions shall be filed and served on or before **June 6, 2022**. Dispositive motions, responses, and replies, and any supporting documents thereto, will be noted and filed in accordance with Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

DATED this 4th of February 2022.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRETRIAL SCHEDULING ORDER
No. 2:21-cv-00795-BJR

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 3, 2022, the foregoing STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND PRETRIAL SCHEDULING ORDER and this CERTIFICATE OF SERVICE was electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such to all counsel of record.

DATED this 3rd day of February, 2022 at Seattle, Washington.

*/s/Madeleine Wong*
Madeleine Wong, Legal Assistant

STIPULATED MOTION AND [PROPOSED] ORDER
TO AMEND PRETRIAL SCHEDULING ORDER
No. 2:21-cv-00795-BJR

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183