THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD LANG,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | No. 2:21-cv-00795-BJR<br><br>STIPULATED MOTION AND ORDER TO STRIKE PRETRIAL AND TRIAL DATES<br><br>Noting Date: March 30, 2022 |

**STIPULATION**

The parties, by and through their attorneys of record, hereby stipulate and request that the Court strike all current pretrial and trial dates pending resolution of current health issues that are precluding Plaintiff's meaningful participation in the preparation of this case for trial.

The parties have been purposefully working to complete discovery in this case. Mr. Lang is experiencing unanticipated health issues that are precluding current work toward the current deadlines for expert witness disclosures and completion of discovery, including twice having been unable to attend scheduled Independent Medical Examinations without advanced notice. Mr. Lang is seeking assistance from appropriate professional outside the confines of this case.

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. 2:21-cv-00795-BJR

Civil Rights Justice Center PLLC
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

In light of the current challenges Mr. Lang is navigating, the parties have stipulated and request the Court strike the current case schedule in its entirety, including the current trial date. The parties propose filing a new Joint Status Report by July 1, 2022, updating the Court on Mr. Lang's status and proposing a new trial date with associated pretrial deadline. The parties submit there is good cause for the relief requested.

In the alternative, the parties request a conference with the Court to discuss the case status and a plan for moving the case forward to trial.

DATED this 30th day of March, 2022.

| | |
|---|---|
| ROBERT W. FERGUSON<br>Attorney General<br><br>*/s/ Scott M. Barbara*_____<br>**Scott M. Barbara**, WSBA #20885<br>Assistant Attorney General<br>Attorneys for State Defendants<br><br>WILLIAMS KASTNER<br><br>*/s/ Heidi L. Mandt*_____<br>**Heidi L. Mandt**, WSBA #26880<br>Attorney for Defendant Marquetta Washington | CIVIL RIGHTS JUSTICE CENTER, PLLC<br><br>*/s/ Darryl Parker*_____<br>**Darryl Parker**, WSBA #30770<br>Attorney for Plaintiff |

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. 2:21-cv-00795-BJR

**Civil Rights Justice Center PLLC**
2150 N 107th Street, Suite 520
Seattle, Washington  98133
(206) 557-7719 / Fax: (206) 659-0183

# ORDER

THIS MATTER having come before the Court on the foregoing Stipulation, and the Court having considered the Stipulation, and good cause appearing, now, therefore:

1. The Stipulated Motion to Strike Pretrial and Trial Dates is GRANTED.

2. The dates established by the Court's Order Setting Trial Dates and Related Dates, (Dkt. #21), and the subsequent Order amending same, (Dkt. #33), are hereby STRICKEN.

3. On or before July 1, 2022, the parties are directed to submit a Joint Status Report advising the Court on Plaintiff's then current condition and ability to assist in the preparation of this case for trial and proposing a new trial date and associated pretrial dates.

DATED this 6th day of April, 2022.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION AND ORDER
TO STRIKE PRETRIAL AND TRIAL DATES
No. 2:21-cv-00795-BJR

Civil Rights Justice Center PLLC
2150 N 107th Street, Suite 520
Seattle, Washington 98133
(206) 557-7719 / Fax: (206) 659-0183