The Honorable Judge Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HAROLD LANG, an individual<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON; WASHINGTON DEPARTMENT OF CORRECTIONS; MARQUETTA WASHINGTON; KENNETH SAWYER; PATRICIA ROBERTSON; DOES I-X,<br><br>    Defendant. | NO. 2:21-cv-0795-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO STATE DEFENDANTS ONLY<br><br>(CLERK'S ACTION REQUIRED) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff HAROLD LANG and State Defendants STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS and KENNETH SAWYER, by and through their respective attorneys, that Plaintiff's claims and his Amended Complaint, (Dkt. #7), to the extent alleged against STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS and KENNETH SAWYER may and shall be dismissed, in their entirety, with prejudice and without attorney's

STIPULATION AND ORDER OF DISMISSAL AS TO STATE DEFENDANTS
(2:21-cv-0795-BJR)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

fees and costs allowed to any party to this stipulation. Marquetta Washington remains a defendant in this case.

DATED this 18th day of August, 2023.                    DATED this 17th day of August, 2023

ROBERT W. FERGUSON                                       CIVIL RIGHTS JUSTICE CENTER, PLLC
Attorney General


*s/Scott Barbara*                                        *s/Darryl Parker, per email approval 8/17/23*
SCOTT M. BARBARA, WSBA #20885                            DARRYL PARKER, WSBA #30770
Assistant Attorney General                               Attorneys for Plaintiff
Attorneys for State Defendants

STIPULATION AND ORDER OF
DISMISSAL AS TO STATE
DEFENDANTS
(2:21-cv-0795-BJR)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744

# ORDER

THIS MATTER having come before the Court on the foregoing stipulation, it is hereby ORDERED that Plaintiff's claims and his Amended Complaint, (Dkt. #7), as alleged against defendants STATE OF WASHINGTON, WASHINGTON DEPARTMENT OF CORRECTIONS and KENNETH SAWYER are hereby DISMISSED, in their entirety, with prejudice and without attorneys' fees and costs to these parties to this stipulation and Order. Marquetta Washington remains a defendant in this case.

Dated:  August 21, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

_s/Scott Barbara_
SCOTT M. BARBARA, WSBA #20885
Assistant Attorney General
Attorneys for State Defendants

Approved as to Form and
Notice of Presentation Waived:

CIVIL RIGHTS JUSTICE CENTER, PLLC

_s/Darryl Parker, per email approval 8/17/23_
DARRYL PARKER, WSBA #30770
Attorneys for Plaintiff