The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD LANG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON; WASHINGTON STATE DEPARTMENT OF CORRECTIONS; MARQUETTA WASHINGTON; KENNETH SAWYER; PATRICIA ROBERTSON; DOES I-X,<br><br>　　　　　Defendants. | NO. 2:21-cv-00795-BJR<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

COME NOW the parties, by and through their respective counsel of record, who hereby stipulate and agree that all claims against defendant Marquetta Washington may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

RESPECTFULLY SUBMITTED the 27th day of November 2023.

CIVIL RIGHTS JUSTICE CENTER

By: */s/ Darryl Parker*
　　Darryl Parker, WSBA # 26880
　　Email: dparker@civilrightsjusticecenter.com
　　2150 North 107th Street, Suite 520
　　Seattle, WA 98133

*Attorney for Plaintiff Harold Lang*

WILLIAMS KASTNER

By: */s/ Heidi L. Mandt*
　　Heidi L. Mandt, WSBA # 26880
　　Email: hmandt@williamskastner.com
　　1515 SW Fifth Avenue, Suite 600
　　Portland, OR 97201-5449

*Attorney for Defendant Marquetta Washington*

STIPULATION FOR AND ORDER OF DISMISSAL - 1

Williams Kastner
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967

7825346.1

## ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Marquetta Washington, as described in the above Stipulation are dismissed with prejudice and without assessment by the Court of costs or attorney fees against either party.

Dated this 27th day of November 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR AND ORDER OF DISMISSAL - 2

7825346.1

**Williams Kastner**
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
(503) 228-7967